AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **CV25-00376-PHX-CDB**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Symmetry Financial Group, LLC.**
was recieved by me on **3/09/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Christopher Jones**, who is designated by law to accept service of process on behalf of **Symmetry Financial Group, LLC.** at **2810 Coliseum Centre Drive Suite 120, Charlotte, NC 28217** on **03/10/2025 at 10:16 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ **105.00** for services, for a total of $ **105.00**.

I declare under penalty of perjury that this information is true.

Date:  03/10/2025

_____
*Server's signature*

**Jean Lindor**
*Printed name and title*

**15120 arbor trail ct
Apt 1006
Charlotte, NC 28277**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to Christopher Jones who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 35-45 years of age, 5'10"-6'0" tall and weighing 160-180 lbs.  I delivered the paper to the client service specialist**




Tracking #: **0161289570**