AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  **CV25-00376-PHX-CDB**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Brandon Ellison**
was recieved by me on  **3/10/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☒  I left the summons at the individual's residence or usual place of abode with **Meredith Ellison**, a person of suitable age and discretion who resides at **14 BUMP RD, Asheville, NC 28805**, on **03/15/2025 at 3:04 PM**, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:  03/15/2025

*Server's signature*

**Kenia Fuentes**
*Printed name and title*

**304 Marston Lane
GREENVILLE, SC 29611**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Meredith Ellison who identified themselves as the subject's spouse, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'-5'4" tall and weighing 120-140 lbs.**




Tracking #: **0162051230**