Matthew A. Keilson (*pro hac vice* forthcoming)
Ashley Futrell Hinkson (*pro hac vice* forthcoming)
mkeilson@wtlaw.com
ahinkson@wtlaw.com
WATSTEIN TEREPKA LLP
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Telephone: (404) 782-0695

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>        Plaintiff,<br><br>v.<br><br>Symmetry Financial Group, LLC and Brandon Ellison,<br><br>        Defendants. | No. 2:25-cv-00376-CDB<br><br>DEFENDANTS SYMMETRY FINANCIAL GROUP, LLC AND BRANDON ELLISON'S MOTION FOR ADDITIONAL TIME TO RESPOND TO COMPLAINT<br><br>(First Request) |

1. Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.3, Defendants Symmetry Financial Group, LLC and Brandon Ellison hereby move for a brief extension of time—through April 30, 2025, roughly 30 days—in which to answer or otherwise respond to Plaintiff's Complaint. For the reasons described below, good cause exists to grant this modest extension.

2. Plaintiff served Symmetry with his Complaint on March 10, 2025, making Symmetry's responsive pleading deadline March 31, 2025. ECF No. 12. Symmetry's deadline has not passed.

3. Plaintiff served Ellison with his Complaint on March 15, 2024, making Ellison's responsive pleading deadline April 5, 2024. ECF No. 13. Ellison's deadline has not passed.

4. Symmetry, Ellison, and their counsel are working diligently to investigate the allegations in the Complaint, obtain the information necessary to respond to those allegations, and prepare the appropriate responsive pleading but need more time to do so.

5. That is especially true given: (a) the fact that Symmetry and Ellison only recently retained counsel; and (b) several scheduling conflicts for Defendants' attorneys, including preparing for an upcoming trial in the United States District Court for the Western District of Kentucky. Defendants thus bring this motion in good faith and not for purposes of delay.

6. Rule 6(b) of the Federal Rules of Civil Procedure vests this Court with the discretion to grant this extension. Fed. R. Civ. P. 6(b); *see also Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (Rule 6 is "a non-rigorous standard" and a request for extension should "be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.").

7. This is also Symmetry and Ellison's first request for an extension and no prejudice will result from granting it. The Court has not entered a scheduling order yet, so no other upcoming deadlines will be impacted by the extension.

8. Nor will the extension prejudice Plaintiff, who consents to the relief requested in full.

9. A proposed order is filed concurrently with this motion in accordance with Rule 7.1(b)(3).

Symmetry and Ellison accordingly request that the Court grant this motion and allow them until April 30, 2025, to answer, move, or otherwise respond to the Complaint.

DATED: March 27, 2025.                    Respectfully submitted,

*/s/ Matthew A. Keilson*
Matthew A. Keilson*
Ashley Futrell Hinkson*
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, GA 30318
Tel: (404) 418-8307
* *pro hac vice* applications forthcoming

*Attorneys for Defendants Symmetry Financial Group, LLC and Brandon Ellison*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2025, I caused a true and correct copy of the foregoing document to be served via the Court's electronic case management and filing system upon all counsel of record.

                                           */s/ Matthew A. Keilson*
                                           Matthew A. Keilson