IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>      Plaintiff,<br><br>v.<br><br>Symmetry Financial Group, LLC and Brandon Ellison,<br><br>      Defendants. | No. 2:25-cv-00376-CDB<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS SYMMETRY FINANCIALGROUP, LLC AND BRANDON ELLISON'S MOTION FOR ADDITIONAL TIME TO RESPOND TO COMPLAINT |

This matter comes before the Court on Defendants Symmetry Financial Group, LLC and Brandon Ellison's Motion for Additional Time to Respond to Complaint (First Request). For good cause shown, the time within which Defendants Symmetry Financial Group, LLC and Brandon Ellison may answer or otherwise respond to the Complaint is extended through April 30, 2025.

Dated this _____ day of _____, 2025.

_____
Honorable Camille D. Bibles
United States Magistrate Judge