# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Symmetry Financial Group LLC,<br>Brandon Ellison,<br><br>　　　　　　Defendants. | No. CV 25-00376 PHX CDB<br><br>**ORDER** |

**IT IS ORDERED** that Defendants' motion at ECF No. 14 is **granted**. Accordingly, Defendants shall have until April 30, 2025, to answer or otherwise respond to the Complaint.

Dated this 27th day of March, 2025.

_____
Camille D. Bibles
United States Magistrate Judge