Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>vs.<br><br>Symmetry Financial Group, LLC<br><br>    Defendant. | Case No.: CV 25-00376-PHX-SMB<br><br>NOTICE OF SERVICE OF ORDER (DOC. 20) |

COMES NOW Plaintiff Jason Crews hereby notifies the Court that The all defendants were served a copy of this Court's Order (Doc. 20) via email and USPS on March 27, 2025.

Dated this April 27, 2025.

                */s/Jason Crews*
                Jason Crews