Matthew A. Keilson (*pro hac vice*)
Ashley Futrell Hinkson (*pro hac vice*)
mkeilson@wtlaw.com
ahinkson@wtlaw.com
WATSTEIN TEREPKA LLP
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Telephone: (404) 782-0695

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>          Plaintiff,<br><br>v.<br><br>Symmetry Financial Group, LLC and Brandon Ellison,<br><br>          Defendants. | No. 2:25-cv-00376-CDB<br><br>DEFENDANTS' UNOPPOSED MOTION FOR ADDITIONAL TIME TO RESPOND TO COMPLAINT<br><br>(Second Request) |

1. Under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.3, Defendants Symmetry Financial Group, LLC and Brandon Ellison hereby move for a brief extension of time—through May 21, 2025—to answer or otherwise respond to Plaintiff's Complaint. For the reasons described below, good cause exists to grant this extension.

2. Defendants' current responsive pleading deadline is April 30, 2025 per an extension. ECF No. 15.

3. Defendants and Plaintiff are voluntarily sharing information to either simplify issues (*e.g.*, by eliminating non-viable claims) or resolve this case early. Defendants therefore ask the Court for additional time to respond to the Complaint, including so they can avoid motion practice and focus efforts on resolution.

4. The above constitutes good cause to grant this extension. It also confirms that Defendants bring this motion in good faith and not for purposes of delay.

5. Rule 6(b) of the Federal Rules of Civil Procedure vests this Court with the discretion to grant this extension. Fed. R. Civ. P. 6(b); *see also Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (Rule 6 is "a non-rigorous standard" and a request for extension should "be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.").

6. This is Defendants' second request for an extension and no prejudice will result from granting it. The Court has not entered a scheduling order yet, so no other upcoming deadlines will be impacted by the extension.

7. Nor will the extension prejudice Plaintiff, who consents to the relief requested in full.

8. A proposed order is filed concurrently with this motion in accordance with Rule 7.1(b)(3).

1

Defendants accordingly request that the Court grant this motion and allow them until May 21, 2025, to answer, move, or otherwise respond to the Complaint.

DATED: April 28, 2025.                    Respectfully submitted,

/s/ Matthew A. Keilson
Matthew A. Keilson*
Ashley Futrell Hinkson*
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, GA 30318
Tel: (404) 418-8307
* *pro hac vice* applications forthcoming

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 28, 2025, I caused a true and correct copy of the foregoing document to be served via the Court's electronic case management and filing system upon all counsel of record.

                                            /s/ *Matthew A. Keilson*
                                            Matthew A. Keilson