IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>v.<br><br>Symmetry Financial Group, LLC and Brandon Ellison,<br><br>    Defendants. | No. 2:25-cv-00376-CDB<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ADDITIONAL TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT |

This matter comes before the Court on Defendants' Unopposed Motion for a Second Extension to Respond to the Complaint. For good cause shown, the time within which Defendants Symmetry Financial Group, LLC and Brandon Ellison may answer or otherwise respond to the Complaint is extended through May 21, 2025.

Dated this _____ day of _____, 2025.

_____
Honorable Camille D. Bibles
United States Magistrate Judge