**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jason Crews, | No. CV-25-00376-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Symmetry Financial Group LLC, et al., | |
| Defendants. | |

This matter comes before the Court on Defendants' Unopposed Motion for a Second Extension to Respond to the Complaint (Doc. 22). For good cause shown,

**IT IS ORDERED** the time within which Defendants Symmetry Financial Group, LLC and Brandon Ellison may answer or otherwise respond to the Complaint is extended through **May 21, 2025**.

Dated this 28th day of April, 2025.

Honorable Susan M. Brnovich
United States District Judge