Matthew A. Keilson (*pro hac vice*)
Ashley Futrell Hinkson (*pro hac vice*)
mkeilson@wtlaw.com
ahinkson@wtlaw.com
WATSTEIN TEREPKA LLP
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Telephone: (404) 782-0695

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>v.<br><br>Symmetry Financial Group, LLC and Brandon Ellison,<br><br>    Defendants. | No. 2:25-cv-00376-CDB<br><br>JOINT NOTICE OF SETTLEMENT |

    The parties hereby notify the Court that they have reached a settlement in principle to resolve this matter. They anticipate filing a stipulation of dismissal of the action with prejudice within 60 days.

    The parties respectfully request that all current deadlines and hearings be suspended pending the filing of the dismissal stipulation.

[Signatures on following page]

| | |
|---|---|
| DATED: May 14, 2025. | Respectfully submitted, |
| | */s/ Matthew A. Keilson* |
| | Matthew A. Keilson\* |
| | Ashley Futrell Hinkson\* |
| | **WATSTEIN TEREPKA LLP** |
| | 1055 Howell Mill Road, 8th Floor |
| | Atlanta, GA 30318 |
| | Tel: (404) 418-8307 |
| | \* *pro hac vice* |
| | *Attorneys for Defendants* |
| | and |
| | */s/ Jason Crews\** |
| | Jason Crews (*pro se*) |
| | \*with permission |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025, I caused a true and correct copy of the foregoing document to be served via the Court's electronic case management and filing system upon all counsel of record.

                                                               */s/ Matthew A. Keilson*
                                                            Matthew A. Keilson