**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jason Crews, | No. CV-25-00376-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Symmetry Financial Group LLC, et al., | |
| Defendants. | |

The Court has been advised that this case has settled. (Doc. 24)

**IT IS ORDERED:**

1. This matter will, without further Order of this Court, be dismissed with prejudice within 60 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

2. All pending hearings and deadlines are vacated.

3. All pending motions are found to be moot.

4. The Clerk is directed to **terminate** this matter on **July 14, 2025** without further leave of Court.

Dated this 14th day of May, 2025.

Honorable Susan M. Brnovich
United States District Judge